**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,      :      No. 376 EAL 2021
                                                                     :
                      Respondent                          :
                                                                     :
                                                                     :      Petition for Allowance of Appeal
                                                                     :      from the Order of the Superior Court
            v.                                                    :
                                                                     :
                                                                     :
COREY TAYLOR,                                         :
                                                                     :
                      Petitioner                            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.